# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 16, 2025

## NO. 03-23-00316-CV

**City of Killeen, Texas and Ground Game Texas, Appellants**

**v.**

**Bell County, Texas; the 27th Judicial District Attorney's Office; and the Bell County Attorney's Office, Appellees**

## APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND CRUMP
## AFFIRMED -- OPINION BY JUSTICE CRUMP

This is an appeal from the interlocutory order signed by the trial court on June 23, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.